# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-5038
_____

ABIGAIL CHRISTINE MADDOX and
ALEXANDRA C. MADDOX,

     Appellants,

     v.

JOHN FERRELL BURKETT, CINDY
LANCASTER STEWART, and
GEICO GENERAL INSURANCE
COMPANY,

     Appellees.

_____

On appeal from the Circuit Court for Nassau County.
Steven Fahlgren, Judge.

October 4, 2018

PER CURIAM.

     AFFIRMED.

WOLF, LEWIS, and RAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


James P. Hanratty and Shane Haselbarth of Marshall Dennehey Warner Coleman & Goggin, Jacksonville, for Appellants.

William A. Bald, Benjamin E. Richard, and Curry Gary Pajcic of Pajcic & Pajcic, P.A., Jacksonville, for Appellee Cindy Lancaster Stewart. No appearance for John Ferrell Burkett or GEICO General Insurance Company.